**Douglas R. JEROME, Respondent,**

v.

**Donna D. JEROME, Appellant.**

### WD 78173

Missouri Court of Appeals, Western District.

ORDER FILED: April 19, 2016

Douglas Jerome, Respondent Pro Se.

James O. Swaney, Jr., Independence, MO, for appellant.

Before Division One: Lisa White Hardwick, Presiding Judge, Cynthia L. Martin, Judge and Gary D. Witt, Judge

### ORDER

Per curiam:

Donna D. Jerome appeals from the trial court's judgment dissolving her marriage to Douglas R. Jerome, and dividing marital property and marital debt. Wife challenges the trial court's division of income tax debt and debt owed to the Social Security Administration. We affirm the trial court's judgment. Rule 84.16(b).